THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Bonita Brown, Appellant.
 
 
 

Appeal From Aiken County 
Doyet A. Early, III, Circuit Court Judge

Unpublished Opinion No. 2008-UP-487
 Submitted August 1, 2008  Filed August
15, 2008    

APPEAL DISMISSED

 
 
 
 Appellate
 Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM: Bonita Brown was convicted of assault on a police
 officer while resisting arrest, public disorderly conduct, and simple assault
 and battery.  Brown appeals her convictions and sentences, arguing the circuit
 court erred in denying her motion for a mistrial.  After a thorough review of
 the record and counsels brief pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] Browns appeal and grant counsels petition to be relieved.  
APPEAL
 DISMISSED.
KONDUROS, J., CURETON,
 and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.